**IT IS ORDERED**

**Date Entered on Docket: March 2, 2023**

_____
**The Honorable David T. Thuma
United States Bankruptcy Judge**



_____

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW MEXICO

IN RE:

Sally Ann Perez

      Debtor(s)                        Case No. 22-10928-tr13

## DEFAULT ORDER GRANTING RELIEF FROM STAY OF PROPERTY LOCATED AT 215, 217, 219 North Boulder Avenue, Portales, NM 88130

This matter came before the Court on the Motion for Relief from Stay filed on 2/2/2023, Docket No. 33, (the "Motion") by Towd Point Mortgage Trust 2019-3, U.S. Bank National Association, as Indenture Trustee ("Movant"). The Court, having reviewed the record and the Motion, and being otherwise sufficiently informed, FINDS:

(a) On 2/2/2023, Movant served the Motion and notice of the Motion (the "Notice") on counsel of record for Debtor(s), Sally Ann Perez, and the case trustee, Tiffany M. Cornejo, (the "Trustee") by use of the Court's case management and electronic filing system for the transmission of notices, as authorized by Fed.R.Civ.P.

File No. NM-22-172300
Order, Case No. 22-10928-tr13

5(b)(3) and NM LBR 9036-1, and on the Debtor(s) and US Trustee by United States first class mail, in accordance with Bankruptcy Rules 7004 and 9014.

(b) The Motion relates to the following property:

215, 217, 219 North Boulder Avenue
Portales, NM 88130

(c) The Notice specified an objection deadline of 21 days from the date of service of the Notice, to which three days was added under Bankruptcy Rule 9006(f);

(d) The Notice was sufficient in form and content;

(e) The objection deadline expired on 2/26/2023;

(f) As of 2/27/2023, neither the Debtor(s) nor the Trustee, nor any other party in interest, filed an objection to the Motion;

(g) The Motion is well taken and should be granted as provided herein; and

(h) By submitting this Order to the Court for entry, the undersigned counsel for Movant certifies under penalty of perjury that on 2/27/2023 McCarthy & Holthus, LLP searched the data banks of the Department of Defense Manpower Data Center ("DMDC") and found that the DMDC does not possess any information indicating that the Debtor(s) is(are) currently on active military duty of the United States.

**IT IS THEREFORE ORDERED:**

1. Pursuant to 11 U.S.C. §362(d), Movant and any and all holders of liens against the Property, of any lien priority, are hereby granted relief from the automatic stay:

(a) To enforce their rights in the Property, including foreclosure of liens and a foreclosure sale, under the terms of any prepetition notes, mortgages, security agreements, and/or other agreements to which Debtor is a party, to the extent permitted

by applicable non-bankruptcy law, such as by commencing or proceeding with appropriate action against the Debtor(s) or the Property, or both, in any court of competent jurisdiction; and

      (b)    To exercise any other right or remedy available to them under law or equity with respect to the Property.

      2.    The automatic stay is not modified to permit any act to collect any deficiency or other obligation as a personal liability of the Debtor(s), although the Debtor(s) can be named as a defendant in litigation to obtain an *in rem* judgment or to repossess the Property in accordance with applicable non-bankruptcy law, unless this matter is dismissed or Debtor(s) otherwise do not receive a discharge of this debt.

      3.    This Order does not waive Movant's claim against the estate for any deficiency owed by the Debtor(s) after any foreclosure sale or other disposition of the Property. Movant may file an amended proof of claim in this bankruptcy case within 30 days after a foreclosure sale of the Property, should it claim that Debtor(s) owe(s) any amount after the sale of the Property.

      4.    This Order shall continue in full force and effect if this case is dismissed or converted to a case under another chapter of the Bankruptcy Code.

      5.    This Order is effective and enforceable upon entry. The 14-day stay requirement of Fed.R.Bankr.P. 4001(a)(3) is waived.

      6.    Movant is further granted relief from the stay to engage in loan modification discussions or negotiations or other settlement discussions with the Debtor(s) and to enter into a loan modification with the Debtor(s).

###END OF ORDER###

**RESPECTFULLY SUBMITTED BY:**

**/s/ Jason Bousliman**
**McCarthy & Holthus, LLP**
**Jason Bousliman, Esq.**
**Attorneys for Movant,**
**6501 Eagle Rock NE, Suite A-3**
**Albuquerque, NM 87113**
**(505) 219-4900**
**/s/ submitted electronically 2/28/2023**
**jbousliman@mccarthyholthus.com**

Copies to:

**DEBTOR**
Sally Ann Perez
Po Box 443
Portales, NM 88130

**DEBTOR(S) COUNSEL**
Wesley O Pool
wesley@poollawfirm.com

**CASE TRUSTEE**
Tiffany M. Cornejo
courtemail@ch13nm.com

**US TRUSTEE**
PO Box 608
Albuquerque, NM 87103-0608

**SPECIAL NOTICE(S)**
AmeriCredit Financial Services, Inc.
Attn: Managing Agent
PO Box 183853
Arlington, TX 76096

Greenwich Revolving Trust by Wilmington Savings Fund Society, FSB
Attn: c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Rd
Roswell,, GA 30076

McCALLA RAYMER LEIBERT PIERCE, LLC
Attn: Managing Agent
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Smith Larsen & Wixom
1935 Village Center Circle
Las Vegas, NV 89134

Sutin, Thayer & Browne
PO Box 1945
Albuquerque, NM 87103-1945


**SPECIAL NOTICE**
Joshua T. Chappell
jtc@tblaw.com

Synchrony Bank
Claims_RMSC@PRAGroup.com